IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN H. POEL,

    Plaintiff,

v.   No. CIV 11-0822 JB/GBW

WILLIAM WEBBER, STEVEN
VOGEL, and ROBERT ROBLES,

    Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Court's: (i) Memorandum and Opinion Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition, filed July 2, 2012 (Doc. 52)("July 2, 2012 MOO"); and (ii) Memorandum Opinion and Order Overruling the Plaintiff's Objections to and Adopting the Magistrate Judge's Second Proposed Findings and Recommended Disposition, and His Third Proposed Findings and Recommended Disposition, filed September 29, 2012 (Doc. 74)("Sept. 29, 2012 MOO").  In its July 2, 2012 MOO, the Court: (i) dismissed Plaintiff Martin H. Poel's claims against the Honorable Robert Robles, New Mexico state District Court Judge, in his official capacity without prejudice, because the Court lacks subject-matter jurisdiction over such claims because of the Eleventh Amendment of the United States Constitution; and (ii) dismissed Dr. Poel's claims against Judge Robles in his individual capacity with prejudice, because of Judge Robles' judicial immunity.  See July 2, 2012 MOO at 2.  In its Sept. 29, 2012 MOO, the Court dismissed Dr. Poel's claims against Defendant Steven Vogel and Defendant William Webber with prejudice.  See Sept. 29, 2012 MOO at 11.  Because the Court's Memorandum Opinions and Orders dispose of all issues and claims before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered in this matter and the case is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Martin H. Poel
Las Cruces, New Mexico

    *Plaintiff pro se*

Gerald G. Dixon
Spring V. Schofield
Dixon, Scholl & Bailey, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant William Webber*

Briggs F. Cheney
Sheehan Sheehan & Stelzner
Albuquerque, New Mexico

    *Attorney for Defendant Steven*
        *Vogel*

Mark D. Jarmie
Jarmie & Associates
Albuquerque, New Mexico

    *Attorneys for Defendant The*
        *Honorable Robert Robles*